**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. __________

Cable Television Laboratories, Inc.,

Plaintiff,

v.

Videotron Ltd. d/b/a Vidéotron Ltée,

Defendant.

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Fed R. Civ. P. 7.1(1), Plaintiff Cable Television Laboratories, Inc. ("CableLabs") states that it has no parent corporation.

Pursuant to Fed. R. Civ. P. 7.1(2), CableLabs states that it is incorporated in the state of Delaware and that its principal place of business is in Colorado. CableLabs further states that it is a non-stock membership corporation and that there is no other individual or entity whose citizenship is attributed to CableLabs.

Dated: May 29, 2024

Respectfully submitted,

*s/ Alec P. Harris*

Alec P. Harris
Summer L. Elliot
Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: +1 303 607 3500
Facsimile: +1 303 607 3600
alec.harris@faegredrinker.com
summer.elliot@faegredrinker.com

*Attorneys for Cable Television Laboratories, Inc.*